NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSE RAMOS-SUAZO,                          )
                                           )
        Appellant,                 )
                                           )
v.                                         )          Case No. 2D19-1050
                                           )
STATE OF FLORIDA,                          )
                                           )
        Appellee.                  )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Tom Barber,
Judge.

Jose Ramos-Suazo, pro se.


PER CURIAM.

        Affirmed.


SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.